RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Dennis Jason Watts

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00410-RFB-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** (Second Request) |
| v. | |
| DENNIS JASON WATTS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Dennis Jason Watts, that the Sentencing Hearing currently scheduled on July 29, 2021 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than two (2) weeks.

The Stipulation is entered into for the following reasons:

1.    Counsel for the defendant needs additional time to investigate and gather mitigation information for Mr. Watts, which is relevant to the sentencing disposition of this case.

2.    The defendant is incarcerated and does not object to the continuance.

3.      The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 20th day of July 2021.

RENE L. VALLADARES
Federal Public Defender

CHRISTOPHER CHIOU
Acting United States Attorney


    */s/ Rebecca A. Levy*
By_____
REBECCA A. LEVY
Assistant Federal Public Defender

    */s/ Lisa Cartier-Giroux*
By_____
LISA CARTIER-GIROUX
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                 Plaintiff,

     v.

DENNIS JASON WATTS,

                 Defendant.

Case No. 2:18-cr-00410-RFB-EJY

**ORDER**

    Based on the pending Stipulation of counsel, and good cause appearing,

    IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, July 29, 2021 at 10:00 a.m., be vacated and continued to __August 12, 2021__ at the hour of __11:00__ __a__ .m.

    DATED this __21__ day of July 2021.

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3